NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000640**
**22-FEB-2018**
**10:58 AM**

NO. CAAP-15-0000640

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In re Application of MAUI ELECTRIC COMPANY, LIMITED
For Approval of the Amended and Restated Power Purchase
Agreement with Hawaiian Commercial & Sugar Company

APPEAL FROM THE PUBLIC UTILITIES COMMISSION
STATE OF HAWAI'I
(PUC Docket No. 2015-0094)

ORDER GRANTING THE JANUARY 19, 2018
MOTION TO VOLUNTARILY DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of "Appellant Sierra Club's Motion to Voluntarily Dismiss Appeal," filed on January 19, 2018, the papers in support and in opposition, and the record,

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

IT IS HEREBY FURTHER ORDERED that all pending motions are dismissed as moot.

DATED: Honolulu, Hawaiʻi, February 22, 2018.

Presiding Judge

Associate Judge

Associate Judge